IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

                Respondent,

      v.

JUSTIN MICHAEL PRICE,

                Appellant.

No. 82931-9-I

DIVISION ONE

UNPUBLISHED OPINION

PER CURIAM — A party may seek appellate review of a trial court's decision either as a matter of right or by permission from the reviewing court. RAP 2.1(a). RAP 2.2(a) lists the decisions that may be appealed as a matter of right. Justin Price has not identified any final orders or judgments that he would like this court to review. Nor has Price sought permission to review any other trial court decisions or rulings.

Accordingly, we dismiss this appeal.

FOR THE COURT:

_Mann, J._

_Smith, A.C.J._

_Bowman, J_